UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :    SEALED INDICTMENT
    -v-                          :
                                 :    22 Cr. 560
                                 :
FRANK BUTSELAAR,                 :
                                 :
              Defendant.         :
- - - - - - - - - - - - - - - - x

**COUNT ONE**
**(Conspiracy to Defraud the United States)**

The Grand Jury charges:

**Introduction**

1.  From at least in or about 2012 through at least in or about 2018, FRANK BUTSELAAR, the defendant, and others known and unknown, conspired to defraud the Internal Revenue Service ("IRS") by designing and implementing a fraudulent tax evasion scheme using the means and methods described below to conceal millions of dollars of worldwide income earned by certain high net worth clients during periods that the clients qualified as U.S. taxpayers and were therefore obligated to report their worldwide income on their respective U.S. tax returns.

**Relevant Persons and Entities**

2.  At all times relevant to this Indictment:

    a.  FRANK BUTSELAAR, the defendant, was a citizen of the Netherlands. Although BUTSELAAR referred to himself as a

"tax lawyer," he was not an attorney in any jurisdiction. Until in or about 2013, BUTSELAAR was a shareholder at an international law firm's Amsterdam office.

      b. Client-1 is an internationally renowned disc jockey ("DJ") specializing in the music genre known as electronic dance music ("EDM"). Client-1 earned the majority of his income from live music performances at locations throughout the world. Client-1 was previously a tax resident of the Netherlands. Between 2012 and 2017, Client-1 qualified as a resident taxpayer in the United States due to the length of time he was present in the United States in those years.

      c. Client-2 is also an internationally renowned DJ specializing in EDM. Like Client-1, Client-2 earned the majority of his income from live music performances at locations throughout the world. Client-2 qualified as a resident taxpayer in the United States in 2013 due to the length of time he was present in the United States in that year.

### Obligations of United States Taxpayers With Respect to Worldwide Income

      3. At all times relevant to this Indictment, U.S. citizens and residents who had income in any one calendar year in excess of a threshold amount ("U.S. taxpayers") were required to file a U.S. Individual Income Tax Return, Form 1040 ("tax return"). On that tax return, U.S. taxpayers were obligated to report their

worldwide income, including all income earned from foreign sources, and to pay the taxes due on that income.

**Methods and Means of the Conspiracy**

4.   From at least in or about 2012 through in or about 2018, FRANK BUTSELAAR, the defendant, and others known and unknown, including co-conspirators in the United States, conspired to defraud the United States and to conceal from the IRS through fraudulent, deceitful, and dishonest means the existence of millions of dollars of worldwide income generated by Client-1 and Client-2 (together, the " DJ Clients") collected in offshore entities that at all relevant times BUTSELAAR and his co-conspirators knew that the DJ Clients beneficially owned and effectively controlled.  Those entities were, in turn, held by trusts that the DJ Clients established on the advice of BUTSELAAR and others known and unknown (collectively, the "Offshore Structures").

5.   As part of their efforts to defraud the IRS and evade U.S. taxes on the DJ Clients' worldwide income, FRANK BUTSELAAR, the defendant, and others known and unknown, including co-conspirators in the United States, devised and implemented a fraudulent scheme to conceal and disguise the DJ Clients' ownership and control of the Offshore Structures by removing the DJ Clients as beneficiaries of their own trusts and installing nominee beneficiaries during the time that the DJ Clients qualified as

U.S. taxpayers (between 2012 and 2017 for Client-1; and in 2013 for Client-2). BUTSELAAR and his co-conspirators then did not report the DJ Clients' Offshore Structures, and the income earned by the DJ Clients therefrom, as required by the Internal Revenue Code, to U.S. authorities on the DJ Clients' respective Form 1040s.

6. Additionally, as part of their efforts to defraud the IRS and evade U.S. taxes on worldwide income, FRANK BUTSELAAR, the defendant, and others known and unknown, including co-conspirators in the United States, devised and implemented similar fraudulent schemes for certain fashion industry clients (the "Fashion Industry Clients") that involved fraudulent transfers of the Fashion Industry Clients' overseas companies to family members, knowing that the Fashion Industry Clients would maintain beneficial ownership of the overseas companies and the income earned therefrom.

7. The tax evasion schemes created and implemented by FRANK BUTSELAAR, the defendant, and his co-conspirators, including co-conspirators in the United States, caused to be filed Forms 1040 for the DJ Clients and Fashion Industry Clients' during the time that the DJ Clients and Fashion Industry Clients' qualified as U.S. taxpayers that failed to report over $100 million in worldwide income earned by the DJ Clients and Fashion Industry Clients.

**Statutory Allegations**

8. From at least in or about 2012 through at least in or about 2018, in the Southern District of New York and elsewhere, FRANK BUTSELAAR, the defendant, together with others known and unknown, willfully and knowingly did conspire, combine, confederate, and agree together and with each other to defraud the United States of America and an agency thereof, to wit, the IRS.

9. It was a part and an object of the conspiracy that FRANK BUTSELAAR, the defendant, together with others known and unknown, willfully and knowingly would and did defraud the United States of America and the IRS for the purpose of impeding, impairing, obstructing, and defeating the lawful governmental functions of the IRS in the ascertainment, computation, assessment, and collection of revenue, to wit, federal income taxes.

**Overt Acts**

10. In furtherance of the conspiracy and to effect the illegal objects thereof, FRANK BUTSELAAR, the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

   a. On or about October 14, 2013, BUTSELAAR and others did cause to be filed a Form 1040 for Client-1 for tax year 2012 that fraudulently failed to report millions of dollars of worldwide income that Client-1 earned while a U.S. taxpayer, which BUTSELAAR

5

and others concealed using Client-1's Offshore Structure.

  b. On or about October 6, 2014, BUTSELAAR and others did cause to be filed a Form 1040 for Client-1 for tax year 2013 that fraudulently failed to report millions of dollars of worldwide income that Client-1 earned while a U.S. taxpayer, which BUTSELAAR and others concealed using Client-1's Offshore Structure.

  c. On or about October 12, 2015, BUTSELAAR and others did cause to be filed a Form 1040 for Client-1 for tax year 2014 that fraudulently failed to report millions of dollars of worldwide income that Client-1 earned while a U.S. taxpayer, which BUTSELAAR and others concealed using Client-1's Offshore Structure.

  d. On or about September 27, 2016, BUTSELAAR and others did cause to be filed a Form 1040 for Client-1 for tax year 2015 that fraudulently failed to report millions of dollars of worldwide income that Client-1 earned while a U.S. taxpayer, which BUTSELAAR and others concealed using Client-1's Offshore Structure.

  e. On or about September 15, 2017, BUTSELAAR and others did cause to be filed a Form 1040 for Client-1 for tax year 2016 that fraudulently failed to report millions of dollars of worldwide income that Client-1 earned while a U.S. taxpayer, which BUTSELAAR and others concealed using Client-1's Offshore Structure.

  f. On or about October 22, 2018, BUTSELAAR and others

did cause to be filed a Form 1040 for Client-1 for tax year 2017 that fraudulently failed to report millions of dollars of worldwide income that Client-1 earned while a U.S. taxpayer, which BUTSELAAR and others concealed using Client-1's Offshore Structure.

    g.  On or about January 20, 2015, BUTSELAAR and others did cause to be filed a Form 1040 for Client-2 for tax year 2013 that fraudulently failed to report significant worldwide income that Client-2 earned while a U.S. taxpayer, which BUTSELAAR and others concealed using Client-2's Offshore Structure.

    (Title 18, United States Code, Section 371.)

## COUNT TWO
### (Aiding and Assisting Preparation of a False and Fraudulent U.S. Individual Income Tax Return)

    The Grand Jury further charges:

    11.  Paragraphs 1 through 10 are repeated and realleged as if set forth fully herein.

    12.  On or about January 20, 2015, in the Southern District of New York and elsewhere, FRANK BUTSELAAR, the defendant, knowingly and willfully did aid and assist in, and did procure, counsel, and advise the preparation and presentation under, and in connection with matters arising under, the internal revenue laws of the United States, of a return, affidavit, claim, and other document, to wit, a U.S. Individual Income Tax Return Form 1040 for 2013 and accompanying forms and schedules for Client-2, which

return was false and fraudulent as to material matters, as set forth above.

(Title 26, United States Code, Section 7206(2).)

## COUNT THREE
**(Aiding and Assisting Preparation of a False and Fraudulent U.S. Individual Income Tax Return)**

The Grand Jury further charges:

13. Paragraphs 1 through 10 are repeated and realleged as if set forth fully herein.

14. On or about October 12, 2015, in the Southern District of New York and elsewhere, FRANK BUTSELAAR, the defendant, knowingly and willfully did aid and assist in, and did procure, counsel, and advise the preparation and presentation under, and in connection with matters arising under, the internal revenue laws of the United States, of a return, affidavit, claim, and other document, to wit, a U.S. Individual Income Tax Return Form 1040 for 2014 and accompanying forms and schedules for Client-1, which return was false and fraudulent as to material matters, as set forth above.

(Title 26, United States Code, Section 7206(2).)

## COUNT FOUR
**(Aiding and Assisting Preparation of a False and Fraudulent U.S. Individual Income Tax Return)**

The Grand Jury further charges:

15. Paragraphs 1 through 10 are repeated and realleged as if set forth fully herein.

16. On or about September 27, 2016, in the Southern District of New York and elsewhere, FRANK BUTSELAAR, the defendant, knowingly and willfully did aid and assist in, and did procure, counsel, and advise the preparation and presentation under, and in connection with matters arising under, the internal revenue laws of the United States, of a return, affidavit, claim, and other document, to wit, a U.S. Individual Income Tax Return Form 1040 for 2015 and accompanying forms and schedules for Client-1, which return was false and fraudulent as to material matters, as set forth above.

(Title 26, United States Code, Section 7206(2).)

## COUNT FIVE
### (Aiding and Assisting Preparation of a False and Fraudulent U.S. Individual Income Tax Return)

The Grand Jury further charges:

17. Paragraphs 1 through 10 are repeated and realleged as if set forth fully herein.

18. On or about September 15, 2017, in the Southern District of New York and elsewhere, FRANK BUTSELAAR, the defendant, knowingly and willfully did aid and assist in, and did procure, counsel, and advise the preparation and presentation under, and in connection with matters arising under, the internal revenue laws of the United States, of a return, affidavit, claim, and other document, to wit, a U.S. Individual Income Tax Return Form 1040 for 2016 and accompanying forms and schedules for Client-1, which

return was false and fraudulent as to material matters, as set forth above.

(Title 26, United States Code, Section 7206(2).)

### COUNT SIX
**(Aiding and Assisting Preparation of a False and Fraudulent U.S. Individual Income Tax Return)**

The Grand Jury further charges:

19. Paragraphs 1 through 10 are repeated and realleged as if set forth fully herein.

20. On or about October 22, 2018, in the Southern District of New York and elsewhere, FRANK BUTSELAAR, the defendant, knowingly and willfully did aid and assist in, and did procure, counsel, and advise the preparation and presentation under, and in connection with matters arising under, the internal revenue laws of the United States, of a return, affidavit, claim, and other document, to wit, a U.S. Individual Income Tax Return Form 1040 for 2017 and accompanying forms and schedules for Client-1, which return was false and fraudulent as to material matters, as set forth above.

(Title 26, United States Code, Section 7206(2).)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FRANK BUTSELAAR,

Defendant.

**SEALED INDICTMENT**

22 Cr.

(18 U.S.C. § 371; 26 U.S.C. § 7206(2).)

DAMIAN WILLIAMS
United States Attorney

*/s/*
Foreperson