

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 13, 2023

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  **Re: United States v. Frank Butselaar, 22 Cr. 560**

Dear Judge Reznik:

  The Government writes to respectfully request that the Court enter an unsealing order for the above-referenced Indictment, 22 Cr. 560, as well as the related arrest warrant. The Government has been advised that this defendant has now been arrested on this matter by Italian authorities after the Court of Appeal in Perugia, Italy rendered a favorable decision on the defendant's extradition to the United States.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

      By: /s
           Shiva H. Logarajah/Nicholas S. Bradley
           Assistant United States Attorneys
           (914) 993-1900

SO ORDERED:

_____
HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE