# THE CARMAN LAW OFFICE

JOHN F. CARMAN, ESQ.
SUSAN SCARING CARMAN, ESQ.

Attorneys at Law
666 Old Country Road
Suite 501
Garden City, New York 11530
(516) 683-3600
Facsimile
(516) 683-8410

ASSOCIATE ATTORNEY
SARA M. PERVEZ, ESQ.

PARALEGAL
ANNA M. SACCO

> Mr. Carman's request shall be discussed at the already scheduled December 19, 2023 status conference. If Defendant intends to apply for court-appointed counsel, he should submit a financial affidavit no later than December 14, 2023.

December 6, 2023

**VIA ECF**
Honorable Cathy Seibel
United States District Judge
Charles L. Brieant Jr. Federal Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

SO ORDERED.

*/s/ Cathy Seibel*   12/7/23

CATHY SEIBEL, U.S.D.J.

Re: *United States v. Frank Butselaar*
<u>Docket No. 22-cr-00560</u>

Dear Judge Seibel:

Please accept this letter which is submitted, regrettably, in support of my application to be relieved as counsel for Frank Butselaar in the above matter. This request is made with the knowledge and consent of Mr. Butselaar.

I was retained on March 16, 2023 when Mr. Butselaar was under house arrest in Italy in connection with the investigation that gave rise to this indictment. Our agreement was predicated upon Mr. Butselaars ability to fund my office's efforts on his behalf. Unfortunately, I have been advised that his resources are depleted and he is unable to pay for services already rendered, much less substantial amounts that would be required going forward.

I respectfully request that the Court relieve me as counsel and appoint a successor attorney to represent Mr. Butselaar going forward.

Thank you for your consideration.

Very truly yours,

____/s/_____
JOHN F. CARMAN

JFC/as

cc: AUSA Nicholas Bradley
AUSA Shiva Logarajah