LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

February 14, 2024

<u>Via ECF</u>
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:  *USA v. Frank Butselaar*
           22-Cr-560 (CS)

Dear Judge Seibel:

    I am writing to request, with the consent of the government, that the pretrial conference presently scheduled for February 22 be adjourned to March 14.

    The Court recently changed the date of the next scheduled pretrial conference, sua sponte, to February 22.  Defense counsel is unavailable that date. The defendant agrees and consents to an exclusion of time under the Speedy Trial Act up through and including March 14.

    Thank you for the Court's consideration of this request

                                                  Respectfully submitted,

                                                  Kerry A. Lawrence

cc:  AUSA Nicholas Bradley (via ECF)