*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 21, 2024

**VIA ECF**
The Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Frank Butselaar*, 22 Cr. 560 (CS)

Dear Judge Seibel:

    The parties write jointly regarding a proposed schedule for expert disclosure and attendant motion practice in this matter.

    Based on discussions the parties have had, the defense anticipates noticing an expert. Pursuant to Fed. R. Crim. P. 16(b)(1)(C)(ii), the parties respectfully request that the Court order that any defense expert disclosure, pursuant to Rule 16, be made to the Government by September 3, 2024 and any motion to preclude by the Government be filed by September 24, 2024.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

by: s/_____
    Benjamin Klein
    Shiva H. Logarajah
    David A. Markewitz
    Assistant United States Attorneys
    (914) 993-1900

Deadline for defense expert disclosure is 9/3/24. Government's motion to preclude due by 9/24/24. Defendant's opposition due by 10/1/24. Government's reply due by 10/4/24.

SO ORDERED.    08/21/24

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.