LAW OFFICE OF KERRY LAWRENCE, PLLC
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

September 18, 2024

By ECF
Honorable Cathy Seibel
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Frank Butselaar
                  22 Cr. 560 (CS)

Dear Judge Seibel:

      On September 6, 2024, Your Honor granted Mr. Butselaar permission to file his response to the Government's extensive Motions *in Limine* in two submissions, with a response to approximately half of the motions due on Friday, September 20th and the remainder on Friday, September 27th. Yesterday, the Government filed a Superseding Indictment which, while not adding additional counts, impacts our response to almost the entirety of the Government's motions. For this reason, we are asking for brief extensions of the deadlines for Mr. Butselaar to file his response to 12 pm on Monday, September 23rd for the first part, and 12 pm on Monday, September 30th, for the remainder, which will afford us the two additional weekend days prior to the deadlines.

      Thank you for the Court's consideration in this matter.

                                          Respectfully submitted,

                                          Kerry A. Lawrence
                                          Samidh Guha
                                          Diane Fischer

cc: All Counsel (via ECF)